FILED by RGS D.C.

JUL 31 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to Plaintiff(s):

_____David Lawrence_____,

v.

BAYER CORPORATION, et al.

09-81113

CIV-MIDDLEBROOKS

MAGISTRATE JUDGE
JOHNSON

## "SHORT FORM" COMPLAINT

1.  Pursuant to Pretrial Order No. 4 in MDL 1928, Plaintiff(s), by the undersigned counsel, hereby submits this "Short Form" Complaint against Defendants BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., and BAYER HEALTHCARE A.G. (hereinafter collectively "Defendants" or "Bayer") for equitable relief, monetary restitution, and/or compensatory and punitive damages, and, adopts and incorporates by reference those allegations in the "Plaintiffs' Master Complaint for Personal Injury Claims," filed June 16, 2008, contained in Paragraphs 1 through 52, and any and all amendments thereto, and further alleges as follows.

2.  Plaintiffs who are parties to this civil action are identified as follows:

    (1) Plaintiff, David Lawrence, is a citizen and resident of Burnet County in the State of Texas, and claims damages as set forth below.

3.  Plaintiff alleges that, pursuant to 28 U.S.C. § 1391, the following District is the proper venue for trial of this civil action: United States District Court Southern District of Florida, or in the alternative, United States District Court of Texas.

4. Plaintiff David Lawrence was administered Trasylol on or about September 4, 2007 at Seton Medical Center. As a result of his exposure to Trasylol, Plaintiff suffered the following injuries:

- ☒ Emotional injury, stress, anxiety, distress, fear, pain, and suffering;
- ☒ Renal dysfunction and injury;
- ☒ Renal failure requiring Plaintiff to undergo painful and debilitating medical treatments;
- ☒ Multi-organ failure requiring Plaintiff to undergo painful and debilitating medical treatments;
- ☐ Death;
- ☒ Financial loss;
- ☐ Loss of consortium, loss of companionship, loss of life's enjoyment and mental anguish, and other consequential damages caused by the injuries inflicted upon Plaintiff;

5. Plaintiff further adopts and incorporates by reference the following Claims for Relief in the "Plaintiffs' Master Complaint" filed June 16, 2008 and as amended *[☒ applicable liability theories]*:

- ☒ COUNT I - STRICT LIABILITY - FAILURE–TO–WARN
- ☒ COUNT II - STRICT LIABILITY – DESIGN DEFECT
- ☒ COUNT III – NEGLIGENCE
- ☒ COUNT IV - NEGLIGENCE PER SE
- ☒ COUNT V – FRAUD, MISREPRESNTATION, AND SUPPRESSION
- ☒ COUNT VI – CONSTRUCTIVE FRAUD

☒ COUNT VII – BREACH OF IMPLIED WARRANTIES

☒ COUNT VIII - UNFAIR AND DECEPTIVE TRADE PRACTICES

☒ COUNT IX - UNJUST ENRICHMENT

☒ COUNT X - LOSS OF CONSORTIUM

☒ COUNT XI - WRONGFUL DEATH

☒ COUNT XII - SURVIVAL ACTION

☒ COUNT XIII - GROSS NEGLIGENCE/MALICE

☒ COUNT XIV – PUNITIVE DAMAGES

6. Plaintiff's claims for damages exceed $75,000.00.

7. Plaintiff requests trial by jury.

**WHEREFORE**, Plaintiff requests that the Court grant him the following relief against Defendants, Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., and Bayer Healthcare AG, jointly and severally, on all counts of this Complaint, including:

(A) Money Damages representing fair, just and reasonable compensation for their respective common law and statutory claims;

(B) Punitive and/or Treble Damages pursuant to state law;

(C) Disgorgement of profits and restitution of all costs;

(D) Attorneys' fees pursuant to state law;

(E) Pre-judgment and post-judgment interest as authorized by law on the judgments which enter on Plaintiffs' behalf;

(F) Costs of suit; and

(G) Such other relief as is deemed just and appropriate.

- 4 -

Dated: July 30, 2009

                                    THE PLAINTIFF(S),

                                    _____

Tor Hoerman IL # 6229439
TorHoerman Law LLC
101 W. Vandalia, Ste. 350
Edwardsville, IL 62025
(618) 656-4400
(618) 656-4401 (Facsimile)
thoerman@torhoermanlaw.com

AND

_____
David P. Miceli GA # 503900
Simmons Attorneys at Law
707 Berkshire Boulevard
East Alton IL 62024
(618) 259-2222
(618) 259-2251 (Facsimile)
dmiceli@simmonsfirm.com

**09-81113**

≼JS 44 (Rev. 2/0...) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

FILED by RGS D.C.
JUL 31 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### I. (a) PLAINTIFFS
David Lawrence

**(b)** County of Residence of First Listed Plaintiff  Burnet County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Tor Hoerman, 101 West Vandalia St., Ste. 350, Edwardsville IL 62025 (618) 656-4400 and David Miceli, 707 Berkshire Blvd., East Alton IL 62024 (618) 259-2222

### DEFENDANTS
Bayer Corporation, et al.

County of Residence of First Listed Defendant  Allegheny County, PA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

CIV-MIDDLEBROOKS
MAGISTRATE JUDGE
JOHNSON

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

09CV81113 Middlebrooks/Johnson

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO
JUDGE                                    DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Filing directly into the MDL 1928; IN RE: Trasylol Products Liability Litigation, pending before Judge Middlebrooks    Section 1332-Diversity
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ >75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 7/30/09

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 100574
07/31/09